# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-3063

Guled Ali Omar

Appellant

v.

United States of America

Appellee

---

Appeal from U.S. District Court for the District of Minnesota
(0:19-cv-03161-MJD)

---

**MANDATE**

In accordance with the judgment of 05/28/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 19, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit